===================================================================
## * * * * * UNITED STATES DISTRICT COURT * * * * *

__      NORTHERN      __ DISTRICT OF __      NEW YORK      __

**JUDGMENT IN A CIVIL CASE**

FAITH J. LAROCQUE,
       Plaintiff,

vs.                        8:13-CV-547 (MAD/CFH)

CAROLYN W. COLVIN,
       Defendant.

__   XX   __ DECISION by COURT. This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

  **THE COURT HEREBY ORDERS**, that Plaintiff's motion for judgment on the pleadings is **DENIED**; and the Court further **ORDERS** that Defendant's motion for judgment on the pleadings is **GRANTED**, all in accordance with the Memorandum-Decision and Order issued by the Hon. Mae A. D'Agostino on March 31, 2015.

**DATE:**  __March 31, 2015__

*[signature]*
Clerk of Court

By: Britney Norton
Courtroom Deputy Clerk to the
Hon. Mae A. D'Agostino